CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
JACOB OPERSKALSKI
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00156-RFB-DJA-4 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| SEBASTIAN OCADIZ-CASTRO | ) | PRETRIAL RELEASE |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by Emily McKillip, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

Dated this 24th day of January 2022.

CHRISTOPHER CHIOU
United States Attorney

By ___/S/_____.
JACOB OPERSKALSKI
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. SEBASTIAN OCADIZ-CASTRO　　　　　　　　　Docket No.  2:20-cr-00156-RFB-DJA-4

Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW EMILY MCKILLIP, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the defendant, Sebastian Ocadiz-Castro, who was ordered released by U.S. District Judge Richard F. Boulware, II on January 14, 2021, on a personal recognizance bond, with the following conditions of release:

1. The defendant is placed in the custody of: Giovanna Ocadiz-Castro, Maria Castro, and Juan Ocadiz who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.
2. The defendant shall report to U.S. Pretrial Services for supervision.
3. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
4. The defendant shall not obtain a passport or passport card.
5. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV.
6. The defendant shall maintain residence with third-party custodian and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
7. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
8. Except as authorized by court order, the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes).
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.

11. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.
12. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.
    a. Home Detention:  The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities preapproved by Pretrial Services or the supervising officer.
13. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology. Global Positioning Satellite (GPS) monitoring.
14. The defendant shall not tamper with, damage, or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services or the supervising officer.
15. The defendant shall pay all or part of the cost of the location monitoring program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.
16. Report via telephone any instance of COVID-19 symptoms, exposure, and/or quarantine immediately to the supervising officer.
17. Comply with the directives of medical, public health, and government officials with respect to a quarantine and/or stay at home order
18. No contact with codefendants during the pendency of this litigation. Any such contact would have to be approved by your pretrial services officer
19. Ring monitoring device installed to defendant's residence at all entry points with installation to be confirmed by Pretrial Services prior to release. You must keep a log of all visitors coming and going to your residence which is to be submitted to pretrial services
20. Third party custodian must accompany defendant at all times and to all approved appointments

On July 20, 2021, Judge Boulware modified the defendant's bond by imposing a curfew instead of home detention, and removing the requirement for a third party to accompany the defendant at all times.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant has remained in compliance with all requirements of the Location Monitoring Program, and Pretrial Services does not believe that GPS monitoring is the least restrictive means to adequately address the defendant's identified risks of nonappearance or danger to the community, and that the other ordered conditions are sufficient to mitigate the risks.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO REMOVE THE FOLLOWING CONDITIONS:**

1. The defendant shall participate in the following location monitoring program component and abide by its requirements as Pretrial Services or the supervising officer instructs.
    a. Curfew: The defendant is restricted to his/her residence every day from * to * and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer.
2. The defendant shall submit to the type of location monitoring technology indicated below and abide by all of the program requirements and instructions provided by Pretrial Services or the supervising officer related to the proper operation of the technology. Global Positioning Satellite (GPS) monitoring.
3. The defendant shall not tamper with, damage, or remove the monitoring device and shall charge the said equipment according to the instructions provided by Pretrial Services or the supervising officer.
4. The defendant shall pay all or part of the cost of the location monitoring program based upon his/her ability to pay as determined by Pretrial Services or the supervising officer.

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 31st day of January, 2022 and ordered filed and made a part of the records in the above case. | Executed on this 24th day of January, 2022. |
| | Respectfully Submitted, |
| _____ | _____ for |
| Honorable Richard F. Boulware, II | Emily McKillip |
| U.S. District Judge | U.S. Pretrial Services Officer |
| | Place: Las Vegas, Nevada |