**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, Plaintiff, vs. SEBASTIAN OCADIZ-CASTRO, Defendant. | Case No.: 2:20-cr-00156-RFB-DJA  Stipulation and Order to Continue Sentencing (First Request) |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and JACOB OPERSKALSKI, ESQ., Assistant United States Attorney, counsel for the United States of America, and JOSHUA TOMSHECK, ESQ., counsel for Defendant, SEBASTIAN OCADIZ-CASTRO, that the Sentencing and Disposition currently scheduled for July 7, 2023 at 1:30 p.m. be continued to a date convenient for the Court during the last week in August 2023.

This stipulation is entered into for the following reasons:

1. This is the first Sentencing and Disposition continuance request.
2. Counsel for the Defendant needs additional time to review and prepare for Sentencing.
3. The parties agree to the continuance.
4. The defendant is not in custody and does not object to this continuance.

Page 1 of 4

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

DATED this 30th day of June, 2023.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joshua Tomsheck*<br>JOSHUA TOMSHECK, ESQ.<br>Counsel for Defendant<br>SEBASTIAN OCADIZ-CASTRO | */s/ Jacob Operskalski*<br>JACOB OPERSKALSKI, ESQ.<br>Assistant United States Attorney |

**HOFLAND & TOMSHECK**
Joshua Tomsheck, Esq.
State Bar of Nevada No. 009210
josht@hoflandlaw.com
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 895-6760
(702) 731-6910 facsimile
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00156-RBF-DJA |
|---|---|
| Plaintiff, | |
| vs. | Stipulation and Order to Continue Sentencing |
| SEBASTIAN OCADIZ-CASTRO, | (First Request) |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is the first Sentencing and Disposition continuance request.

2. Counsel for the Defendant needs additional time to review and prepare for Sentencing.

3. The parties agree to the continuance.

4. The defendant is not in custody and does not object to this continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above stated reasons, the parties agree that a continuance of the Sentencing and Disposition would best serve the ends of justice in this case.

## ORDER

IT IS HEREBY ORDERED, that Sentencing and Disposition currently scheduled for July 7, 2023 at 1:30 p.m. be continued to August 29, 2023 at 9:00 a.m.

Dated, this 6th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

*/s/ Joshua Tomsheck*
Joshua Tomsheck, Esq.
Nevada Bar No. 009210
Attorney for Defendant