JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SEBASTIAN OCADIZ-CASTRO,<br><br>             Defendant. | 2:20-cr-00156-RFB-DJA<br><br>Stipulation to Continue Response Deadline |

      The parties, by and through the undersigned, respectfully request that the Court continue the deadline to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

\\

\\

\\

\\

The parties stipulate that the government shall have until October 17, 2023, to respond to the defendant's motion.

Respectfully submitted this 2nd day of October, 2023.

JASON M. FRIERSON
United States Attorney

*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney


*Joshua Tomsheck*
JOSHUA TOMSHECK
Counsel for Sebastian Ocadiz-Castro

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | Stipulation to Continue Response Deadline |
| v. | |
| SEBASTIAN OCADIZ-CASTRO, | |
| Defendants. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The government shall have until October 17, 2023, to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

DATED this October 3, 2023.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE