JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEBASTIAN OCADIZ-CASTRO,<br><br>    Defendant. | 2:20-cr-00156-RFB-DJA<br><br>Stipulation to Continue Response Deadline |

The parties, by and through the undersigned, respectfully request that the Court continue the deadline to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

The parties intend to negotiate in good faith to determine if this matter may be resolved with a stipulation. To ensure that this is completed within a timely manner, the parties propose setting a response deadline for the government of December 15, 2023.

This stipulation is not sought for purposes of delay and the parties intend for this to be the last stipulation to extend the government's response time.

The parties stipulate that the government shall have until December 15, 2023, to respond to the defendant's motion.

Respectfully submitted this 16th day of November, 2023.

>JASON M. FRIERSON
>United States Attorney
>
>*s/ Jacob H. Operskalski*
>JACOB H. OPERSKALSKI
>Assistant United States Attorney
>
>
>*Joshua Tomsheck*
>JOSHUA TOMSHECK
>Counsel for Sebastian Ocadiz-Castro

```
 1  JASON M. FRIERSON
    United States Attorney
 2  Nevada Bar No. 7709
    JACOB H. OPERSKALSKI
 3  Assistant United States Attorney
    Nevada Bar No. 14746
 4  501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
 5  PHONE: (702) 388-6336
    Jacob.Operskalski@usdoj.gov
 6  Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | Stipulation to Continue Response Deadline |
| v. | |
| SEBASTIAN OCADIZ-CASTRO, | |
| Defendants. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The government shall have until December 15, 2023, to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

DATED this __17th__ day of __November__, 2023.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE