| | |
|---|---|
| 1 | JASON M. FRIERSON |
| | United States Attorney |
| 2 | Nevada Bar No. 7709 |
| | JACOB H. OPERSKALSKI |
| 3 | Assistant United States Attorney |
| | Nevada Bar No. 14746 |
| 4 | 501 Las Vegas Boulevard South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | PHONE: (702) 388-6336 |
| | Jacob.Operskalski@usdoj.gov |
| 6 | *Attorneys for the United States of America* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | |
| v. | Stipulation to Continue Response Deadline |
| SEBASTIAN OCADIZ-CASTRO, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court continue the deadline to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

The parties intend to negotiate in good faith to determine if this matter may be resolved with a stipulation. To ensure that this is completed within a timely manner, the parties propose setting a response deadline for the government of February 15, 2024.

This stipulation is not sought for purposes of delay.

Although the prior stipulation was intended to be the last, the parties request additional time.

The parties stipulate that the government shall have until February 15, 2024, to respond to the defendant's motion.

Respectfully submitted this 14th day of December, 2023.

                                    JASON M. FRIERSON
                                    United States Attorney

*s/ Jacob H. Operskalski*
JACOB H. OPERSKALSKI
Assistant United States Attorney

*Joshua Tomsheck*
JOSHUA TOMSHECK
Counsel for Sebastian Ocadiz-Castro

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-cr-00156-RFB-DJA |
| Plaintiff, | Stipulation to Continue Response Deadline |
| v. | |
| SEBASTIAN OCADIZ-CASTRO, | |
| Defendants. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

The government shall have until February 15, 2024, to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525.

DATED this 15th day of December, 2023.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE