JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
JOSHUA BRISTER
Assistant United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jacob.Operskalski@usdoj.gov
Joshua.Brister@usdoj.gov
Daniel.Schiess@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN OCADIZ-CASTRO,<br><br>Defendant. | 2:20-cr-00156-RFB-DJA<br><br>**Stipulation to Continue Government Response Deadline** |

The parties, by and through the undersigned, respectfully request that the Court continue the deadline to respond to the defendant's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525, until the conclusion of the pending trial against Adali Arnulfo Escalante-Trujillo, which is currently set for August 19, 2024.

The parties intend to resolve this matter by stipulation, but intend to do so once the

trial is completed. Las Vegas Metropolitan Police are currently holding cash in evidence, and the parties intend to resolve this issue following the trial.

Accordingly, the parties request that the Court permit the parties to update the Court with a status report or resolution on or before September 30, 2024, approximately 6 weeks from the start of the current trial date.

Respectfully submitted this 15th day of February, 2024.

    JASON M. FRIERSON
    United States Attorney

    *s/ Jacob H. Operskalski*
    JACOB H. OPERSKALSKI
    Assistant United States Attorney

    *Joshua Tomsheck*
    JOSHUA TOMSHECK
    COUNSEL FOR SEBASTIAN
    OCADIZ-CASTRO

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JACOB H. OPERSKALSKI
3  Assistant United States Attorney
   Nevada Bar No. 14746
4  JOSHUA BRISTER
   Assistant United States Attorney
5  DANIEL R. SCHIESS
   Assistant United States Attorney
6  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
7  PHONE: (702) 388-6336
   Jacob.Operskalski@usdoj.gov
8  Joshua.Brister@usdoj.gov
   Daniel.Schiess@usdoj.gov
9  *Attorneys for the United States of America*

10              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
11

12  UNITED STATES OF AMERICA,          2:20-cr-00156-RFB-DJA

13           Plaintiff,                **Order Approving Stipulation to
                                       Continue Government Response
       v.                              Deadline**
14
    SEBASTIAN OCADIZ-CASTRO,
15
             Defendant.
16

17

18      Based on the pending stipulation of the parties, and upon the Court's finding of good

19  cause, IT IS HEREBY ORDERED: The defendant's Motion for Return of Property

20  Pursuant to Federal Rule of Criminal Procedure 41(g), ECF Doc. 525 shall be held in
    abeyance pending the upcoming trial.
21  \\

22

23  \\

24

                                     3

The government shall file a status report or resolution on or before September 30, 2024.

Dated this 16th of February, 2024.

_____
HONORABLE RICHARD F. BOULWARE, II.
UNITED STATES DISTRICT JUDGE